No. 01–1363. TERRITO ET AL. v. ADAMS ET AL. Ct. App. La., 5th Cir. Motion of Cooper/T. Smith Stevedoring Co., Inc., for

leave to file a brief as *amicus curiae* granted.   Certiorari denied.